UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRADLEY JOHN PEPER,

                Plaintiff,

v.

PORT ORCHARD PRISON AUTHORITIES, *et al.*

                Defendants.

CASE NO. 3:20-CV-05160-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's *in forma pauperis* application (Dkt. 1) is **DENIED**;

(3)     This case is **DISMISSED** without prejudice; and

(4)     The Clerk shall enter **JUDGMENT** and close this case.

Dated this 18th day of August, 2020.

                                            BENJAMIN H. SETTLE
                                            United States District Judge

ORDER